## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PAULINE JAMES, ) | 2:10-CV-01141-PMP-PAL |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| HARTFORD UNDERWRITERS ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

Before the Court for consideration is Defendant Hartford Underwriters Insurance Company's Motion to Dismiss (Doc. #4) filed July 19, 2010. Plaintiff has failed to file a timely response in opposition to Defendant's motion, and pursuant to the local rules of this Court therefore consents to the granting of Defendant's motion. Additionally, a review of Defendant Hartford's motion to dismiss shows that Defendant is entitled to the relief requested on the merits.

**IT IS THEREFORE ORDERED** that Defendant Hartford Underwriters Insurance Company's Motion to Dismiss (Doc. #4) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Enlargement of Time (Doc. #5) is **DENIED** as moot.

DATED: August 9, 2010.

_____
PHILIP M. PRO
United States District Judge