# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAULINE JAMES, | |
| Plaintiff, | Case No. 2:10-cv-01141-PMP-PAL |
| vs. | **ORDER** |
| HARTFORD UNDERWRITERS INSURANCE COMPANY, | |
| Defendant. | |

The court conducted a hearing on October 19, 2010, on the parties' proposed stipulated Discovery Plan and Scheduling Order (Dkt. #13) which requested special scheduling review.  William Errico appeared on behalf of the Plaintiff, and Eric Larsen appeared on behalf of the Defendant.  Counsel for Plaintiff advised the court and opposing counsel that his client is seriously ill with a life threatening disease.  Given her health condition, and need for treatment, his client has asked that this case be dismissed without prejudice.  Counsel for the parties have been discussing a proposed form of stipulation for dismissal without prejudice, but have not come to an agreement concerning all of the terms.  They anticipate reaching a resolution or impasse within the next thirty days.  Accordingly,

IT IS ORDERED that:

1. The parties proposed stipulated Discovery Plan and Scheduling order (Dkt. #13) is **NOT APPROVED** and is **DENIED**.

2. The parties shall have until November 19, 2010, in which to either submit a stipulation for dismissal, or if they have been unable to agree, a proposed Discovery Plan and Scheduling Order.

Dated this 22nd day of October, 2010.

_____
Peggy A. Leen
United States Magistrate Judge