SAO
**Law Offices of MELISSA P. HARRIS**
ERIC R. LARSEN, Esq.
Nevada Bar No.: 009423
Eric.Larsen@thehartford.com
750 E. Warm Springs Road
Suite 320, Box 19
Las Vegas, Nevada 89119
Telephone: (702) 387-8070
Facsimile: (877) 369-5819
Attorney for Defendant
HARTFORD UNDERWRITERS INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAULINE JAMES,<br><br>　　　　　Plaintiff,<br><br>　—vs—<br><br>HARTFORD UNDERWRITERS INSURANCE COMPANY,<br><br>　　　　　Defendants. | Case No.: 2:10-cv-01141-PMP-PAL |

## STIPULATION AND ORDER FOR DISMISSAL

　　　IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff PAULINE JAMES's causes of action be dismissed without prejudice, and that all parties are to bear their own costs and attorney's fees. Trial has not been set and no motions are pending.

. . . .

. . . .

. . . .

. . . .

1

IT IS FURTHER STIPULATED that Plaintiff's causes of action for bad faith and punitive damages are dismissed with prejudice and shall not be filed in any subsequent complaint to be filed by Plaintiff at a later date.

DATED this 19th day of November, 2010.     DATED this 19th day of November, 2010.

The Law Offices of MELISSA P. HARRIS     WILLIAM ERRICO & ASSOCIATES

/s/ Eric R. Larsen     /s/ William K. Ericco

ERIC R. LARSEN, ESQ.     WILLIAM K. ERICCO, ESQ.
Nevada Bar No.: 009423     Nevada Bar No.: 6633
750 E. Warm Springs Rd., Suite 320     2850 W. Horizon Ridge Pkwy, Suite 200
Las Vegas, Nevada 89119     Henderson, NV 89052
(702) 387-8070     (702) 990-6446
Attorney for Defendant     Attorney for Plaintiff
HARTFORD UNDERWRITERS     PAULINE JAMES
INSURANCE COMPANY

## ORDER

IT IS SO ORDERED this 22nd day of November, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:

The Law Offices of MELISSA P. HARRIS

/s/ Eric R. Larsen

ERIC R. LARSEN, ESQ.
Nevada Bar No.: 009423
750 E. Warm Springs Rd., Suite 320
Las Vegas, Nevada 89119
(702) 387-8070
Attorney for Defendant
HARTFORD UNDERWRITERS INSURANCE COMPANY

The Law Offices of
MELISSA P. HARRIS
750 E. Warm Springs Rd.
Suite 320, Box 19
Las Vegas, NV 89119
Telephone: (702) 387-8070
Facsimile: (877) 369-5819